**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF ALBERT R. LIMBERG**
Albert R. Limberg (SBN 211110)
*alimberg@limberglawoffice.com*
3667 Voltaire Street
San Diego, CA 92106
Telephone: 619-344-8667
Facsimile: 619-344-8657

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY BRIDGES, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK BANK CORPORATION,<br><br>Defendant. | Case No.: 4:15-cv-05173-YGR<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/21/2016

---

*Bridges v. Merrick Bank Corporation*
NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CASE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL**
2  **OF RECORD**:
3      **PLEASE TAKE NOTICE THAT** that, pursuant to Federal Rule of
4  Civil Procedure 41(a)(1)(A)(i), Plaintiff Nancy Bridges hereby dismisses this action
5  in its entirety, without prejudice.

6  Dated: January 19, 2016      */s/ Ronald A. Marron*
7      By: Ronald A. Marron
    **LAW OFFICES OF RONALD A.**
8      **MARRON**
9      RONALD A. MARRON
    ALEXIS WOOD
10      KAS GALLUCCI
11      651 Arroyo Drive
    San Diego, California 92103
12      Telephone: (619) 696-9006
13      Facsimile: (619) 564-6665

15  Dated: January 19, 2016      */s/ Albert R. Limberg*
    By: Albert R. Limberg
16      **LAW OFFICE OF ALBERT R.**
17      **LIMBERG**
    Albert R. Limberg
18      3667 Voltaire Street
    San Diego, CA 92106
19      Telephone: 619-344-8667
20      Facsimile: 619-344-8657

21      *Attorneys for Plaintiff*
22      *and the Proposed Class*

1

*Bridges v. Merrick Bank Corporation*
NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CASE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)